**Pearl B. MATTHEWS, Plaintiff— Appellant,**

v.

**Clyde L. PATTERSON; Gladys J. Woodall; E. Marshall Woodall; G. Norman Acker, III; United States of America, Defendants—Appellees.**

No. 07–1609.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 20, 2007.

Pearl B. Matthews, Appellant Pro Se. Walter E. Brock, Jr., Young, Moore & Henderson, PA, Raleigh, North Carolina; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pearl B. Matthews appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. Patterson,* No. 5:05–cv–00842–BO (E.D.N.C. June 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*